UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RUTH MORRISON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>INDIANAPOLIS FIRE DEPARTMENT )<br>CHIEF JAMES GREESON in his official )<br>capacity, )<br>)<br>Defendant. | 1:06-cv-24- SEB-JPG |

## **ORDER**

The parties have reported a settlement. It is therefore ORDERED that all dates and deadlines previously established, including the September 5, 2007, trial date. Any pending motions are denied as moot.

The parties are ORDERED to finalize their agreement and file the appropriate documents to resolve this cause with the Clerk of the Court on or before September 28, 2007. The failure to do so will result in a DISMISSAL WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(b). Additional time to complete the execution of the settlement documents may be granted if requested in writing prior to the expiration of this period of time.

IT IS SO ORDERED.

Date: 09/04/2007

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Edward O'Donnell DeLaney
DELANEY & DELANEY LLC
ed@delaneylaw.net

Kathleen Ann DeLaney
DELANEY & DELANEY LLC
kathleen@delaneylaw.net

Lakshmi Devi Hasanadka
OFFICE OF CORPORATION COUNSEL
lhasanad@indygov.org

Elizabeth Ann Schuerman
DELANEY & DELANEY LLC
lizzie@delaneylaw.net

Ian L. Stewart
OFFICE OF CORPORATION COUNSEL
istewart@indygov.org