UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RUTH M. MORRISON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 1:06-cv-0024-SEB-JPG |
| | ) |
| INDIANAPOLIS FIRE DEPARTMENT CHIEF JAMES L. GREESON, in his official capacity, | ) ) ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

The parties, by their respective counsel, agree and stipulate to the dismissal of this cause against Defendant with prejudice, each party to bear their own fees and costs.

Respectfully submitted,                                   Respectfully submitted,


  /s/Kathleen A. DeLaney                              /s/ Ian Stewart
Kathleen A. DeLaney (#18604-49)            Ian L. Stewart (#23162-53)
Attorney for Plaintiff                                    Attorney for Defendant
                                                                   *(Pursuant to L.R. 5.11, Mr. Stewart consented to his signature hereon on September 11, 2007)*