UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RUTH M. MORRISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:06-cv-0024-SEB-JPG |
| ) | |
| INDIANAPOLIS FIRE DEPARTMENT ) | |
| CHIEF JAMES L. GREESON, in his ) | |
| official capacity, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

The parties have filed their Joint Stipulation of Dismissal seeking an order of the Court dismissing this case against the Defendant with prejudice.

The Court, being duly advised, now APPROVES said Stipulation.

IT IS, THEREFORE, ORDERED that this cause is dismissed with prejudice against the Defendant, each party to bear their own costs and fees.

Dated: 09/12/2007

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Kathleen A. DeLaney
kathleen@delaneylaw.net

Edward O'Donnell DeLaney
ed@delaneylaw.net

Elizabeth Ann Schuerman
lizzie@delaneylaw.net

Ian L. Stewart
istewart@indygov.org

Lakshmi Devi Hasanadka
lhasanad@indygov.org